### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ROBERT S. JOHNSON, JR.**
**ADC # 136702**                                                    **PLAINTIFF**

**V.**                          **No. 5:08CV00113 JMM-BD**

**LARRY NORRIS,** *et al.*                                         **DEFENDANTS**

<u>**ORDER**</u>

On April 21, 2008, Plaintiff filed this action pro se under § 1983 and submitted an

Application to Proceed *In Forma Pauperis* (docket entries #1 and #2).  On April 25,

2008, the Court denied Plaintiff's Application and ordered him to file an Amended

Complaint in this matter (#4).

Plaintiff has now filed an Amended Complaint (#6).  However, Plaintiff has not

filed an updated Application to Proceed *In Forma Pauperis*.  The Prison Litigation

Reform Act requires that Plaintiff submit a proper and complete application to proceed *in*

*forma pauperis*, along with a calculation sheet prepared and signed by an authorized

officer of the correctional facility where he is being held.  28 U.S.C. § 1915(a).  Plaintiff

must submit a new request to proceed *in forma pauperis* or pay the filing fee of $350.00

to the Court within thirty (30) days of entry of this Order.  Failure to comply with this

Order may result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal

Rules of Civil Procedure.   After filing an updated Application to Proceed *In Forma*

*Pauperis*, the Court will order Plaintiff's Complaint and Amended Complaint to be

served in this matter.

The Clerk of the Court is directed to send Plaintiff an Application to Proceed *In Forma Pauperis*, along with a copy of this Order.

IT IS SO ORDERED this 29th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE