**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT SINGLETON JOHNSON, JR.
ADC # 136702**                                                                                              **PLAINTIFF**

**V.**                        **CASE NO. 5:08CV00113-JMM-BD**

**LARRY NORRIS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.[1]

The motion for summary judgment filed by Defendants Mosely and Blackmon (docket entry #80) is GRANTED. All claims against these Defendants are DISMISSED with prejudice.

IT IS SO ORDERED, this   25   day of   September  , 2009.


                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court specifically finds that defendant's objection (#113) that he was denied access to certain medical records is without merit based upon docket entry # 85 and #93.