IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT SINGLETON JOHNSON, JR.**
**ADC # 136702**                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 5:08CV00113-JMM-BD**

**LARRY NORRIS,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The ADC Defendants' Motion for Summary Judgment (docket entry #77) is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. All pending motions are dismissed as moot.

IT IS SO ORDERED, this  16  day of   November , 2009.

_____
UNITED STATES DISTRICT JUDGE